


JAUTRY 000001











JAUTRY 000006









JAUTRY 000010
















JAUTRY 000017


2CNDL23F856085796