# EXHIBIT A

# Philadelphia Police Department Investigation Report

DC Number **2014-25-036963**
Report No **2014-25-036963.1**
Report Date **5/10/2014 6:21:54 AM**
Report Type **Stolen Vehicle Report (75-71)**

**Unit Control#: 2014-5900-004648-0**

| | | | |
|---|---|---|---|
| Classification | **0726 - THEFT VEHICLE STOLEN RECOVERED PRIOR TO REPORT** | Occurred On | **5/9/2014 12:00:01 AM** |
| Previous Classification | **0730 - THEFT VEHICLE RECOVERED FOR OTHER JURISDICTION** | Reported On | **5/9/2014 11:31:49 PM** |
| Location of Occurrence | **N 13th St / W Cambria St** | Disposition / Status | **2 - Arrest** |
| Dist/Sect of Occurrence | **25th District PSA 4** | Clearing Unit | **5900 - East Detective Division** |
| Responding Officer | **XXXX TIMOTHY MURPHY (PR XXXX / #XXXX)** | Investigating Officer | **XXXX DANIEL MURAWSKI(PR XXXX/ #XXXX)** |
| Assisted By | **XXXX JASON REID (PR XXXX / #XXXX);** | Dist/Unit Preparing | **5900 - East Detective Division** |
| Related Cases | | | |

## Report Approval

| | | |
|---|---|---|
| Completed | **5/10/2014 6:21:54 AM** | **XXXX DANIEL MURAWSKI (PR XXXX / #XXXX)** |
| Approved | **5/10/2014 11:28:20 PM** | **XXXX SCOTT DRISSEL (PR XXXX / #XXXX)** |

## Report Summary

**On 05-10-14 while working 6pm X 2am tour of duty assigned as H17, P/O Reid #4415 and P/O Murphy #4850 were in full uniform and a marked vehicle. At approximately 8:53pm P/O Reid observed a 05 Chevy Equinox PA FVT4270 traveling northbound on 13th Street at Cambria Street. He could see the driver of the vehicle look into his side view mirror in the direction of their marked vehicle at which time the vehicle accelerated up 13th disregarding the stop sign at Cambria Street. The vehicle continued to accelerate running a stop sign on 13th at Glenwood Street, making a right onto Glenwood. The vehicle then traveled eastbound on Glenwood at a high rate of speed running a steady red signal at 12th and Glenwood Street. At that point P/O Reid activated his lights and siren to clear the intersection of 12th and Glenwood and catch up to the vehicle to obtain tag information. At that point the vehicle continued to head eastbound at a high rate of speed crossing Germantown and Glenwood disregarding the steady red signal. P/O Reid slowed at Germantown and Glenwood to clear the intersection. The vehicle pulled away from the officers at a distance of almost a full city block. The officers could see the vehicle begin to fishtail several times at which time the operator lost control of the vehicle and struck a parked white vehicle leave the road way and travel into a vacant lot at Glenwood and Allegheny where it began to flip end over end and then come to rest upright. As the vehicle was flipping P/O Reid observed the driver of the vehicle get ejected from the driver's side window and saw where his body came to rest. The passenger then tried to climb out the passenger side window, at which time he immediately detained him and returned to the driver of the vehicle and rendered aid and called for rescue. P/O Murphy was on the passenger side of the vehicle along with 3 B/M's who were still inside the vehicle. The officers were able to contact the owner of the vehicle, who lives in Bristol, PA and she stated she does not know the males who were in her vehicle and did not give them permission to have or operate her vehicle. The driver of the vehicle was later identified as [redacted] 16/B/M, DOB [redacted] 98, the same male that P/O Reid observed get ejected from the vehicle and the same male he observed look in their direction through the side view mirror.**

**Also inside the vehicle were 4 other juvenile males all of whom were transported to St. Christopher's Hospital for treatment from the accident.**

**TVR's were issued to the offender for reckless driving and disregarding the stop sign. TVR #MM113241-2, MM113242-3.**

**Inside East Detectives, Det. Longo #8122 spoke with the owner of the 2005 Chevy Equinox, who stated she did not know the offender, and did not give him permission to have or operate her vehicle.**

## Classification Detail: 0726 - THEFT VEHICLE STOLEN RECOVERED PRIOR TO REPORT

| | | | | | |
|---|---|---|---|---|---|
| Location | **053 - Highways (Outside Structure)** | | | No. Prem. Entered | |
| Offense Completed? | **YES** | Using | | Entry Method | |
| Hate/Bias | **None (No Bias)** | Criminal Activity | | Type Security | |
| Domestic Violence | **NO** | Weapons/Force | | Tools | |

## Victim / Complainant V1: Bruehl, Joanne

| | | | | | |
|---|---|---|---|---|---|
| Address | **XXXX** | DOB | | Officer Payroll # | |
| CSZ | **XXXX** | Age / Race / Sex | **40 / White / Female** | District / Unit | |
| Home Phone | | Ethnicity | **Not of Hispanic Origin** | SSN | |
| Cell Phone | | Occupation/Grade | | OLN | |
| Beeper | | Employer/School | | OLN State / Country | **/ United States of America** |
| Email | | Emp/Sch Address | | Injury | |
| Work Phone | | Emp/Sch CSZ | | Circumstances | |
| Found Date | | Found Location | | Reason for Absence | |
| Reason for Cancellation | | Found City | | | |
| PCIC/NCIC Notification | | | | | |
| Victim Notes | | | | | |

### Interview Section

Interview Date
Interviewed By (PR / #)
75-483 Completed
Interview Location
Others Present
Interview Summary ONP form completed over the phone by Det. Longo #8122

## Property

| | Description | Reported Value | Recovered Value |
|---|---|---|---|
| Both Stolen & Recovered/Recovered in OJ/Rptd Stolen in Error | | | |
| P1 | 2005 Chevy Equinox | $25000 | $25000 |

1 2005 Red Chevrolet Chevrolet Equinox Station Wagon
License 2014 Pennsylvania Regular Passenger (6" x 12") fvt4270
VIN or Serial No. / OAN 2CNDL23F856085796 /
Owner V1 - Bruehl, Joanne
Recovered On / Location 5/9/2014 8:40:00 PM / 800 W Glenwood Ave
Prop Rcpt# / Disp Evidence
PCIC/NCIC Notification No Entry
VEHICLE RECOVERED PRIOR TO BEING REPORTED, NO ENTRY INTO NCIC PCIC.

TOTAL $25000 $25000

## Witness W1:XXXX TIMOTHY MURPHY (PR XXXX / #XXXX)

| | | | | | |
|---|---|---|---|---|---|
| Address | | DOB | | Officer Payroll # | XXXX |
| CSZ | | Age / Race / Sex | / / | District / Unit | 5300 - Highway Patrol Unit |
| Home Phone | | Ethnicity | | SSN | |
| Cell Phone | | Occupation/Grade | | OLN | |
| Beeper | | Employer/School | XXXX | OLN State / Country | / |
| Email | | Emp/Sch Address | XXXX | | |
| Work Phone | XXXX | Emp/Sch CSZ | XXXX | | |
| Witness Notes | | | | | |

### Interview Section

| | | | | | |
|---|---|---|---|---|---|
| Interview Date | 5/10/2014 | Interviewed By | XXXX MYRNA RIVERA (PR XXXX / #XXXX) | 75-483 Completed | YES |
| Interview Location | 3901 Whitaker Ave | Others Present | | | |
| Interview Summary | see 75-483 | | | | |

## Witness W2:XXXX JASON G REID (PR XXXX / #XXXX)

| | | | | | |
|---|---|---|---|---|---|
| Address | | DOB | | Officer Payroll # | XXXX |
| CSZ | | Age / Race / Sex | / / | District / Unit | 5300 - Highway Patrol Unit |
| Home Phone | | Ethnicity | | SSN | |
| Cell Phone | | Occupation/Grade | | OLN | |
| Beeper | | Employer/School | XXXX | OLN State / Country | / |
| Email | | Emp/Sch Address | XXXX | | |
| Work Phone | XXXX | Emp/Sch CSZ | XXXX | | |
| Witness Notes | | | | | |

### Interview Section

| | | | | | |
|---|---|---|---|---|---|
| Interview Date | 5/10/2014 | Interviewed By | XXXX DANIEL MURAWSKI (PR XXXX / #XXXX) | 75-483 Completed | YES |
| Interview Location | 3901 Whitaker Ave | Others Present | | | |
| Interview Summary | see 75-483 | | | | |

## Other Entity: O1: [redacted]

| | | | | | |
|---|---|---|---|---|---|
| Entity Type | G - Guardian of Offender | Related Juvenile Offender | A1 [redacted] | | |
| Address | XXXX | DOB | | Officer Payroll # | |
| CSZ | XXXX | Age / Race / Sex | / / | District / Unit | |
| Home Phone | | Ethnicity | | SSN | |
| Cell Phone | | Occupation/Grade | | OLN | |
| Beeper | | Employer/School | | OLN State / Country | / United States of America |
| Email | | Emp/Sch Address | | | |

| | | | | | |
|---|---|---|---|---|---|
| Work Phone | | Emp/Sch CSZ | | | |
| PCIC/NCIC Notification | | | | | |
| Entity Notes | | | | | |

## Interview Section

| | | | | | |
|---|---|---|---|---|---|
| Interview Date | | Interviewed By | **(PR / #)** | 75-483 Completed | |
| Interview Location | | Others Present | | | |
| Interview Summary | | | | | |

## Arrestee A1: [redacted]

| | | | | | |
|---|---|---|---|---|---|
| AKA | | DOB | **[redacted]998** | SSN | |
| Alert(s) | | Age / Race / Sex | **15 / Black / Male** | OLN | |
| Address | **4504 N 17th St** | Ethnicity | **Not of Hispanic Origin** | OLN State / Country | **/ United States of America** |
| CSZ | **Philadelphia, PA 19140** | Place of Birth | | | |
| Home Phone | | Occupation/Grade | | Build | |
| Cell Phone | | Employer/School | | Scars/Marks/Tattoos | |
| Beeper | | Emp/Sch Address | | Teeth | |
| Email | | Emp/Sch CSZ | | Facial Hair | |
| Work Phone | | Height / Weight | / | Complexion | |
| Attire | | Eye / Hair Color | / | Hair Style / Length | / |
| Jewelry | | Artif. Body Prts/Aids | | Blood Type | |
| Offender PID | | CBN | | Arrested Date | **5/9/2014 8:40:00 PM** |
| Arrest Type | **Sight Arrest** | Arrested For | **0726 - THEFT VEHICLE STOLEN RECOVERED PRIOR TO REPORT** | Arrest Location | **800 W Glenwood Ave** |
| FBI No. | | Arresting Officer 1 | **W1** | Booked On | |
| PA SID. | | Arresting Officer 2 | **W2** | Booked Location | |
| Armed With | **01 - Unarmed** | Number of Warrants | | Released Location | |
| Multi. Clearance | **Not Applicable** | Notified | | Released On | |
| Prev. Suspect No. | | Juvenile Disposition | **Referred to Criminal or Adult Court** | Released By | **(PR / #)** |
| | | | | Release Reason | |
| | | | | Held For | |
| Arrest Notes | | | | | |

## Interview Section

| | | | | | |
|---|---|---|---|---|---|
| Interview Date | | Interviewed By | **(PR / #)** | 75-483 Completed | |
| Interview Location | | Guardian Present | | Miranda Read | |
| | | Others Present | | Miranda Waived | |
| Interview Summary | | | | | |

## Case Facts

## MO

## Actions Taken

| | | |
|---|---|---|
| 1. **PA Crimes Code Charges Placed for Defendant** | **Yes** | **5/10/2014** |
| 2. **Crime Scene Processed** | **Processed by AID** | **5/10/2014** |
| 3. **NCIC/PCIC Offender Records Check** | **Yes** | **5/10/2014** |
| 4. **NCIC/PCIC Vehicle Records Check** | **Yes** | **5/10/2014** |
| 5. **Victim Interview(s) Conducted** | **Yes** | **5/10/2014** |
| 6. **Witness Interview(s) Conducted** | **Yes** | **5/10/2014** |